CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL GURROLA-MIRANDA,<br><br>Defendant. | Case No. 2:14-cr-0141-GMN-DJA<br><br>**Motion to Dismiss the Indictment Without Prejudice and Quash Warrant** |

On April 2, 2014, GURROLA-MIRANDA was charged by complaint. ECF 1. On April 11, 2014, GURROLA-MIRANDA was released on a PR bond. ECF 35. On April 16, 2014, a federal grand jury returned an indictment charging GURROLA and others with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii). ECF 40. On December 17, 2014, the defendant failed to appear and a warrant was issued. ECF 157. The defendant has never been located by the DEA, the investigating agency, and therefore the arrest warrant remains unexecuted.

…

…

…

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant.

Respectfully submitted this 21st day of June, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney


*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-141-GMN-DJA |
| Plaintiff, | **Proposed Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash Warrant** |
| v. | |
| MANUEL GURROLA-MIRANDA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant MANUEL GURROLA-MIRANDA.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this ___23___ day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court